**Order entered July 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01099-CV

**LYNNE DUGGAN, Appellant**

**V.**

**TANGLEWOOD VILLA OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0304**

## ORDER

Before the Court is appellant's July 23, 2018 "Emergency Motion to Reconsider and Hold Off on Ruling until after Hearing at the United States Bankruptcy Court." We **DENY** the motion.

/s/    MOLLY FRANCIS
        JUSTICE